## 43579. COFFEE v. HANSON.

FELTON, Chief Judge. The trial court did not err in its judgment overruling the general demurrer to the petition. See *Hardy v. Brooks,* 103 Ga. App. 124 (1, 2) (118 SE2d 492); *Thomas v. Williams,* 105 Ga. App. 321, 326 (3) (124 SE2d 409); and cit.

*Judgment affirmed. Eberhardt and Whitman, JJ., concur.*

ARGUED APRIL 1, 1968—DECIDED APRIL 5, 1968.

*McCamy, Minor, Vining & Phillips, Carlton McCamy,* for appellant.

*Mitchell & Mitchell, Warren N. Coppedge, Jr., John E. Wiggins,* for appellee.